**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL MATERO,

    Plaintiff,

v.                                      Case No:   6:22-cv-1606-CEM-LHP

DIGITAL INK AMERICAS LLC,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT, DIGITAL INK AMERICAS, LLC (Doc. No. 14)**
>
> **FILED:** **March 8, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff moves for Clerk's default against Defendant, contending that Defendant was served with the summons and complaint on February 9, 2023, and has failed to appear in this matter or otherwise defend. Doc. No. 14. Upon

- 2 -

review, however, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a).  *Id.*  Relatedly, the motion fails to establish with citation to legal authority that service of process on Defendant was proper.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Accordingly, Plaintiff's Motion (Doc. No. 14) is **DENIED without prejudice**. A renewed motion, which shall be filed on or before **March 23, 2023**, must include a memorandum of legal authority and establish that service of process was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties